JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL C. KEO, an individual,<br><br>   Plaintiff,<br><br>   vs.<br><br>AMER NACKOUD, an individual;<br><br>   Defendants. | Case No.: **2:21-CV-03728-SPG-RAO**<br><br>**ORDER RE STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**ORDER**

Pursuant to the parties' "Stipulation of Voluntary Dismissal with Prejudice," and good cause appearing therefore, IT IS HEREBY ORDERED that the above-captioned action shall be dismissed with prejudice. Each party shall bear his or its own costs and attorney's fees. This Court shall retain jurisdiction to enforce the settlement terms between the parties.

IT IS SO ORDERED

Dated  July 5, 2022

Hon. Sherilyn Peace Garnett
U. S District Judge

ORDER